UNITED STATES of America,
Plaintiff—Appellee,

v.

Mohammad Ashray MOHAMMAD–OMAR, Defendant—Appellant.

No. 10–6838.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 26, 2010.

Decided: Sept. 7, 2010.

Mohammad Ashray Mohammad–Omar, Appellant Pro Se. Steven Donald Mellin, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohammad Ashray Mohammad–Omar appeals the district court's order denying his request for production of transcripts. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Mohammad–Omar*, No. 1:07–cr–00425–CMH–3 (E.D.Va. May 27, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*